COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| IN THE INTEREST | | No. 08-13-00146-CV |
| | § | |
| | | Appeal from the |
| OF C. M. V., A CHILD | § | |
| | | 383rd Judicial District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2011AG4397) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse that portion of the trial court's judgment setting aside the name-change judgment entered in Cause Number 2001CM6129, and render judgment denying Appellant's motion to confirm or change the child's surname. We further reverse that portion of the judgment ordering C.M.V.'s surname changed to Castelo and we render judgment confirming that his surname is "V."

It is further ordered that we reverse the declaratory judgment finding in favor of Appellant and render judgment that a common law marriage does not exist between Appellee and Appellant and reverse the portion of the amount of $50,000.00, and render judgment that Appellant take-nothing on the fraud claim.

The remainder of the judgment is otherwise affirmed, in accordance with the opinion of this Court. We further order that Appellee recover from Appellant all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MAY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge)(Sitting by Assignment)